**Blanca SENZEE, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**WD 80000**

Missouri Court of Appeals, Western District.

ORDER FILED: December 5, 2017

Jonathan Guilfoil, Parkville, MO, Counsel for Appellant.

Cameron Cooper, Independence, MO, Co-Counsel for Appellant.

Rachel Jones, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Ms. Blanca R. Senzee appeals a Clay County Circuit Court judgment affirming the Director's revocation of her driving privilege for refusing to submit to a test of her blood-alcohol level under section 577.041.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).